UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

Beverly Standing,

*Plaintiff*,

v.

ByteDance Inc. and Bytedance E-Commerce, Inc. d/b/a TikTok,

*Defendants*.

---

Case No. 7:21-cv-04033-KMK

Hon. Kenneth M. Karas

## DEFENDANT BYTEDANCE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ByteDance Inc. states that it is a non-governmental corporate party and has a parent corporation, ByteDance Ltd. No publicly held corporation owns 10 percent or more of ByteDance Inc.'s stock.

Dated: June 2, 2021
  New York, New York

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Elizabeth A. McNamara*
  Elizabeth A. McNamara
  Alison Schary
  Chelsea T. Kelly

1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 603-6437 Phone
(212) 489-8340 Fax
lizmcnamara@dwt.com
alisonschary@dwt.com
chelseakelly@dwt.com

*Attorneys for Defendant ByteDance Inc.*