# Robert J. Sciglimpaglia, Jr. MEMO ENDORSED

*Attorney at Law*
*101 Merritt 7 Corporate Park*
*Suite 300*
*Norwalk, Connecticut 06851*
*Phone: (203) 663-2803*
*Fax: (203) 505-6249*
*robscig@usa.net*
*TAX ID #: 06-1438026*

*Stamford Office:*
*Soundview Plaza*
*1266 E. Main Street*
*Suite 700R*
*Stamford, CT 06902*
*Phone: (203) 989-9171*

*New York Office:*
*1177 Avenue of the Americas*
*Fifth Floor*
*New York, NY 10036*
*Phone: (646) 688-4361*
*Fax: (646) 365-3364*

*Certified Worker's Compensation Specialist*

*Also Admitted in New York*

**Via ECF**

July 13, 2021

The Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**Re: Standing vs. ByteDance, Inc and Bytedance E-Commerce, Inc,**
**No. 7:21-cv-04033-KMK (S.D.N.Y. 2021)**

Dear Judge Karas:

Pursuant to Rule I. B. of the Court's Individual Rules, Plaintiff Beverly Standing hereby requests two (2) weeks additional time to respond to Defendant's letter requesting a pre-motion conference seeking a motion to dismiss pursuant to Rule II.A.

Plaintiff seeks until July 28, 2021 to respond, which has been consented to by Defendant's counsel.

Thank you in advance for your kind consideration.

Respectfully Submitted,

/Robert J. Sciglimpaglia, Jr./
Robert J. Sciglimpaglia, Jr.

Granted.

So Ordered.
[signature]
7/13/21