# Robert J. Sciglimpaglia, Jr.
*Attorney at Law*
*101 Merritt 7 Corporate Park*
*Suite 300*
*Norwalk, Connecticut 06851*
*Phone: (203) 663-2803*
*Fax: (203) 505-6249*
*robscig@usa.net*
*TAX ID #: 06-1438026*

*Stamford Office:*  
*Soundview Plaza*  
*1266 E. Main Street*  
*Suite 700R*  
*Stamford, CT 06902*  
*Phone: (203) 989-9171*  

*Certified Worker's Compensation Specialist*

*New York Office:*  
*1177 Avenue of the Americas*  
*Fifth Floor*  
*New York, NY 10036*  
*Phone: (646) 688-4361*  
*Fax: (646) 365-3364*  

*Also Admitted in New York*

September 28, 2021

**<u>VIA ECF</u>**
The Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re:    *Standing v. ByteDance, Inc., and Bytedance E-Commerce Inc., et al.,*
             **No. 7:21-cv-04033-KMK (S.D.N.Y 2021)**

Dear Judge Karas:

Please allow this letter to serve as notice to the Court that the parties have agreed in principle to a resolution of the action. They are finalizing the issues and executing final documentation and should be in a position to file a Notice of Discontinuance of the Action within two weeks.

Thank you for your kind attention to this matter.

Respectfully submitted,

*Robert J. Sciglimpaglia, Jr.*
Robert J. Sciglimpaglia Jr, Esq.


Cc:  Elizabeth McNamara, Esq.