UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------
                                                           x
Beverly Standing,                                          :
                                                           :
    *Plaintiff*,                                           :
                                                           :
v.                                                         :     Case No. 7:21-cv-04033-KMK
                                                           :
ByteDance Inc. and Bytedance E-Commerce, Inc.              :     Hon. Kenneth M. Karas
d/b/a TikTok,                                              :
                                                           :
    *Defendants*.                                          :
                                                           :
-------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Beverly Standing ("Plaintiff") and Defendant ByteDance Inc. ("Defendant"),

through their respective attorneys of record, stipulate to the dismissal of this action in its entirety,

with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear

its respective attorneys' fees and costs.

Dated: October 29, 2021

ROBERT SCIGLIMPAGLIA ATTORNEY          DAVIS WRIGHT TREMAINE LLP
AT LAW

By:                                     By:
Robert Joseph Sciglimpaglia, Jr.        Elizabeth A. McNamara
101 Merritt 7                           Alison Schary
Suite 300                               Chelsea T. Kelly
Norwalk, CT 06851
(203)-663-2803 Phone                    1251 Avenue of the Americas, 21st Floor
(203)-505-6249 Fax                      New York, NY 10020-1104
robscig@usa.net                         (212) 603-6437 Phone
                                        (212) 489-8340 Fax
                                        lizmcnamara@dwt.com
*Attorneys for Plaintiff Beverly Standing*    alisonschary@dwt.com
                                        chelseakelly@dwt.com

                                        *Attorneys for Defendant ByteDance Inc.*